# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3: 11cr64

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CARLOS SORIANO ALVARADO. | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on two letters from defendant, filed May 29, 2012 (#9), and July 2, 2012 (#13). Upon receipt of the first letter, the court inquired and caused to be expedited defendant's PSR, making defendant's case ripe for sentencing on or after July 14, 2012. Defendant is advised that the court has taken appropriate action and that further correspondence with the court is not only improper, it serves only to delay the progress of criminal matters. Defendant is advised to discuss further concerns with his attorney.

## ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief in the above letters, such relief is **DENIED** in accordance with L.Cr.R. 47.1(H).

Signed: July 3, 2012

Max O. Cogburn Jr.
United States District Judge